# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 17-00244-KD-B |
| GRADY SIKES | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION
## OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 232) and without any objection having been filed by the parties, the Defendant's plea of guilty to Counts One and Sixteen of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **February 1, 2019 at 9:00 a.m**. in Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 6th day of October 2018.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
CHIEF UNITED STATES DISTRICT JUDGE